```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
GERALD SANDERS,

                Plaintiff,                  MEMORANDUM & ORDER
                                            25-CV-6168(EK)(JRC)
     -against-

FORT WAYNE POLICE DEPARTMENT,
et al.,

                Defendants.
--------------------------------X
```

ERIC KOMITEE, United States District Judge:

   Plaintiff Gerald Sanders, a resident of Indiana, filed this action against a number of defendants, all of whom are located in Indiana. Compl., ECF No. 1. The action was filed on a template civil complaint form that the United States District Court for the Northern District of Indiana provides for filing claims in that district. *Id.* Because venue is improper in this district, this action is hereby transferred to the United States District Court for the Northern District of Indiana.

   An action may be brought in the "judicial district in which any defendant resides" or "in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b)(1)-(2). If a plaintiff files an action in the wrong district, a court "shall dismiss, or if it be in the interest of justice, transfer such case to any

district or division in which it could have been brought." 28 U.S.C. § 1406(a). A transfer may be made upon motion or by a court *sua sponte*. *Pisani v. Diener*, No. 07-CV-5118, 2009 WL 749893, at *8 (E.D.N.Y. Mar. 17, 2009) (collecting cases).[1] Here, Plaintiff does not allege that any of the Defendants are located in this district or that any relevant events occurred here. *See* Compl.

The Court offers no opinion on the merits of Sanders' complaint, though we note that he did not pay the filing fee or include a request to proceed *in forma pauperis*. Pursuant to Section 1915(a)(3), any appeal from this Order would not be taken in good faith and thus *in forma pauperis* status is denied for the purpose of an appeal. 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

For the foregoing reasons, the Clerk of Court is hereby directed to transfer this action to the United States District Court for the Northern District of Indiana. 28 U.S.C. § 1406(a). The provision of Rule 83.1 of the Local Rules of the Eastern District of New York, requiring a seven-day delay, is waived. No summons shall issue from this Court.

SO ORDERED.

---

[1] Unless otherwise noted, when quoting judicial decisions this order accepts all alterations and omits all citations, footnotes, and internal quotation marks.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   December 6, 2025
         Brooklyn, New York